## ELISHA TAYLOR *versus* WILLIAM P. RATHBONE

JOURNAL ENTRIES (1821): *Journal 3:* (1) Transcript filed, judgment *p. 156.

PAPERS IN FILE: (1) Transcript of county court record; (2) precipe for execution ca. sa.; (3) writ of ca. sa. and return.

*1821 Calendar*, MS p. 112. Recorded in *Book A*, MS pp. 29–37.

## BENJAMIN F. LARNED *versus* WILLIAM G. TAYLOR, BENJAMIN DAVIS, WOLCOTT LAWRENCE, ANTOINE LASSELLE, AND JEAN BAPTISTE CICOTT, JR.

JOURNAL ENTRIES (1821): *Journal 3:* (1) Appearance, motion to dismiss *p. 156; (2) discontinued *p. 190.

PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) taxed bill of costs; (4) memo. re exemplification of bail piece.

*1821 Calendar*, MS p. 95. Recorded in *Book A*, MS pp. 116–19.